**Order entered November 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01537-CV

**JERRY, MARSHA AND JASON CHAMBERS, Appellants**

**V.**

**TEXAS DEPARTMENT OF TRANSPORTATION, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 88069-422**

## ORDER

We **GRANT** appellants' November 12, 2013 motion for extension of time to file notice of appeal. Appellants' notice of appeal filed October 31, 2013 is considered timely for jurisdictional purposes.

As the appellate record has been filed, appellants shall file their brief on the merits by December 27, 2013.

/David Lewis/
DAVID LEWIS
JUSTICE